UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

FRANCISCO CRESPO,

              Defendant.

02-Cr-81 (SHS)
16-Cv-4821 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    In 2016, pursuant to the Southern District of New York's standing order on 28 U.S.C. § 2255 petitions brought in light of *Johnson v. United States*, 576 U.S. 591 (2015), defendant Francisco Crespo filed a "placeholder" motion to vacate a count of conviction. (ECF No. 39.) Defendant has not since supplemented this form motion nor filed any further request for relief, and the Bureau of Prisons reports that he was released from custody in 2019. Accordingly,

    IT IS HEREBY ORDERED that the Federal Defenders shall show cause on or before August 27, 2021, why defendant's pending motion should not be dismissed.

Dated: New York, New York
       August 20, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.