UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 02-Cr-081 (SHS) |
| -v- | : | <u>ORDER</u> |
| FRANCISCO CRESPO, | : | |
| Defendant. | : | |

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the $300.00 special assessment imposed on September 29, 2003, is reduced to $200.00. The Clerk of Court is directed to refund to the defendant $100.00, c/o Colleen Cassidy, Federal Defenders of New York Inc., 52 Duane Street, 10th Floor, New York, NY 10007.

Dated: New York, New York
      July 12, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.